Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE WILLIAM McCURINE, JR.)

UNITED STATES GOVERNMENT, ) Case No. 07MG-2919
) 
Plaintiff, )
) MOTION FOR
vs. ) SUBSTITUTION OF ATTORNEY
)
OLIVIA FIMBRES, )
)
Defendant. )

The undersigned hereby agree that Ezekiel E. Cortez, Esq., shall be substituted as counsel for defendant, Olivia Fimbres, and that Martin Molina, shall be relieved as counsel in the above-captioned case.

Dated: 12/26/07

OLIVIA FIMBRES
Defendant

Dated: 12/26/07

EZEKIEL E. CORTEZ, Esq.

Dated: 12-27-07

MARTIN MOLINA, Esq.

IT IS SO ORDERED.

Dated: _____

HON. WILLIAM McCURINE, JR.
U.S. Magistrate Court Judge

Motion for Substitution of Attorney, U.S. v. Fimbres, 07-MG-2919

1